# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

DERRICK WILLIAMS                                                        PLAINTIFF

v.                            2:17CV00173-JLH-JTK

MIKE BASHAN, et al.                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this Complaint is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE